IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:     *
          *     CASE NO.: 13-03341
**LAILA G. HELMI**     *
          *     CHAPTER 13
DEBTOR     *

## OBJECTION TO CLAIM

COME NOW the Debtor, Laila G. Helmi, in the above styled matter, by and through her attorney, and object(s) to the following claim:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a _written_ objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movants' attorney, Angela M. Cooper, 2151 Government St., Mobile, AL 36606.
>
> If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 27 | ACAC Inc. | $417.50 | Claim was filed after the bar date. |

Wherefore, Debtor requests that after notice and hearing said claim be disallowed.

                                       /s/ Angela M. Cooper
                                       Angela M. Cooper
                                       Attorney for Debtor

# CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing pleading upon the Creditor listed below by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 25th day of April, 2014 and John C. McAleer, III, Chapter 13 Standing Trustee, by via the electronic filing system of the Bankruptcy Court.

  Approved Cash Advance Centers #221
  3766-B Airport Blvd.
  Mobile, AL 36608

                /s/Angela M. Cooper
                OF COUNSEL