IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF ALABAMA
SOUTHERN DIVISION

IN RE:

Case No.: **13-03341**

**LAILA G. HELMI**

Chapter 13

DEBTOR

## **ORDER**

This matter came before the Court on the Debtor's Objection to Claim No. 27 filed by ACAC Inc. Notice of opportunity to object and for hearing was given and no party filed a response. The Court concludes that the Objection to Claim No. 27 should be sustained and the claim should be DISALLOWED.

IT IS ORDERED that the objection of the Debtor to Claim No. 27 filed by ACAC Inc. is sustained and the claim in the amount of $417.50 is DISALLOWED.

Dated: June 5, 2014

MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE